**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7484

WILLIAM D. SELLERS, SR.,

Plaintiff - Appellant,

v.

HELEN F. FAHEY, Chairman of the Virginia Parole Board; DAVID N. HARKER, Vice-Chairman of the Virginia Parole Board,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Chief District Judge. (3:06-cv-00351-JRS)

Submitted: March 19, 2008                    Decided: April 16, 2008

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William D. Sellers, Sr., Appellant Pro Se. Richard Carson Vorhis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William D. Sellers, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. <u>See</u> <u>Sellers v. Fahey</u>, No. 3:06-cv-00351-JRS (E.D. Va. Sept. 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>